UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| Isabel Castillo, | ) | Case No.: 5:23-cv-01259-SB-AJR |
| | ) | |
| Plaintiff. | ) | [~~PROPOSED~~] ORDER |
| | ) | AWARDING EAJA FEES |
| vs. | ) | |
| | ) | |
| Lee Dudek,[1] | ) | |
| Acting Commissioner of Social | ) | |
| Security, | | |
| Defendant. | | |

Based upon the parties' Stipulation for Award of EAJA Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of $8,800.00, subject to the terms of the Stipulation.  IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of $8,800.00, subject to any federal debt owed by the Plaintiff.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the government shall cause the payment of fees be made directly to

---

[1] Lee Dudek is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Lee Dudek should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Eddy Pierre Pierre and/or Pierre Pierre Law, P.C., pursuant to the Assignment

2    executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

3

4

5     Dated:  March 27, 2025

6                                                              Honorable A. Joel Richlin

7                                                              United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28